> Defendant's motion to dismiss is denied without prejudice to renewal for failure to comply with this Court's Individual Practices Rule 4.C.
>
> Plaintiff's counsel is directed to serve a copy of this order and file proof of service on the docket.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 10.
>
> SO ORDERED.
>
> *(signature)*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 16, 2022

**RECEIVED MAR 15 2022 U.S.D.C. W.P.**

...T COURT
...NEW YORK

No. 7:22 CV 01378-PMH

## NOTICE OF MOTION

## DISMISS CLAIM

_____
Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that  **ANTHONY VINCENT CEA**  **ANTHONY VINCENT CEA**
                        _plaintiff or defendant_   _name of party who is making the motion_

requests that the Court:
dismiss claim under Rule 12(b)(2) for lack of personal jurisdiction

**RECEIVED MAR 15 2022 PRO SE OFFICE**

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

**3/8/2022**
Dated

*(signature)*
Signature

**ANTHONY VINCENT CEA**
Name

**855 LUDLUM ROAD**        **Webb**        **AL**         **36376**
Address                    City            State          Zip Code

**334-792-3471**           **anthonycea@gmail.com**
Telephone Number (if available)   E-mail Address (if available)

Prison Identification # (if incarcerated)

SDNY Rev: 5/24/2016